IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
AUG 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ | § § | B-00-117 |
| VS. | § | MISCELLANEOUS NO. B-00-029 |
| GARY JOHNSON, DIRECTOR | § § | |

ORDER

Petitioner, Steven Gregory Sanchez, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by September 29, 2000.

DONE at Brownsville, Texas, this 1st day of August, 2000.

John Wm. Black
United States Magistrate Judge