IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEVEN GREGORY SANCHEZ,          § | |
| Petitioner,          § | |
| § | |
| v.          § | CIVIL ACTION NO. B-00-029 |
| § | B-00-117 |
| GARY L. JOHNSON, DIRECTOR,          § | |
| TEXAS DEPARTMENT OF CRIMINAL          § | |
| JUSTICE, INSTITUTIONAL DIVISION,          § | |
| Respondent.          § | |

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through the Attorney General of Texas, and files this Respondent Johnson's Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order entered August 1, 2000, the Director was required to file a responsive pleading on or before September 29, 2000.

**II.**

In order to prepare a responsive pleading that will be of assistance to the court, the the undersigned must obtain and review the record of Sanchez's state court trial and appeal. Although the court's show cause order was received by the Office of the Attorney General of Texas on August 7, 2000, the case file was not received by the undersigned attorney of record until August 16, 2000. The undersigned attorney directed the records clerk for the Habeas Corpus Division to order the appropriate state court records on August 16, 2000.

Although, the records clerk ordered the direct appeal from the Thirteenth Court of Appeals of Texas on August 21, 2000, it has not yet been received by this office. The records clerk has been notified to take all steps necessary to obtain these records as soon as possible. The undersigned apologizes for the additional delay; however, it is due to circumstances beyond her control. Additional time is required and would be greatly appreciated.

## III.

WHEREFORE, PREMISES CONSIDERED, the Respondent Johnson's respectfully moves this court for an extension of time of thirty days from September 29, 2000, up to and including October 29, 2000, within which to file a responsive pleading in this federal writ of habeas corpus action.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*CAROLYN MERCHAN
Assistant Attorney General
State Bar No. 90001364

*Attorney-In-Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent will assume that Petitioner will oppose this motion.

CAROLYN MERCHAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 29th day of September, 2000, addressed to petitioner:

Steven Gregory Sanchez, #640839
TDCJ-ID
Estelle Unit
Rt. 6
Huntsville, Texas 77343

CAROLYN MERCHAN
Assistant Attorney General

3