5

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ, Petitioner, | § § § § | |
| v. | § § | Civil Action No. ~~B-00-029~~ B-00-117 |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § | |

# ORDER

CAME ON this day for consideration Respondent Johnson's First Motion for Extension of Time with Brief in Support, and the court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Respondent Johnson's time for filing an answer or other responsive pleading should be and hereby is extended up to and including October 29, 2000.

SIGNED on this the 5 day of OCT, 2000.

_____
JUDGE PRESIDING