IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *STEVEN GREGORY SANCHEZ,* | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  B-00-117 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## RESPONDENT JOHNSON'S SECOND MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through the Attorney General of Texas, and files this Respondent Johnson's Second Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

### I.

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254.  By order entered August 1, 2000, the Director was required to file his responsive pleading on or before September 29, 2000.  On September 29, 2000, the Director requested a thirty day extension of time based on the unavailability of Sanchez's direct appeal records.  This court on October 5, 2000, granted the request thus extending the due date until October 29, 2000.  However, because October 29, fell on a Sunday, the corresponding due date is Monday, October 30, 2000.

### II.

As mentioned above, in the Director's last motion for extension of time, the undersigned counsel informed the court that the need for the extension was due to the fact that the appellate records had not yet been received by this office.  The undersigned counsel

has since been informed by the records clerk for the Habeas Corpus Division that the direct appeal records have still not been located at the Thirteenth Court of Appeals in Corpus Christi, Texas. However, the records clerk has assured the undersigned counsel that the search for the records is ongoing and will be forwarded to this court if and when they are found. *See* Attachment, Affidavit from Cathy Wilborn, Clerk, Thirteenth Court of Appeals. In the meantime, the records clerk has been in contact with the 107th District Court of Cameron County, Texas, regarding an attempt to reconstruct the appellate record with help from the Cameron County District Attorney's Office. Therefore, the Director requests an additional thirty days in order to obtain the direct appeal records from either the Thirteenth Court of Appeals or the 107th District Court, and file a responsive pleadings that will be of assistance to this court.

As additional justification for this extension of time, the undersigned had seven responsive pleadings due in the last week. Also, as of today, the undersigned has responsive pleadings due in eleven other cases within the next three weeks. Additionally, the undersigned is attending an evidentiary hearing on November 14, 2000 in Sherman, Texas, in the matter of *Brown v. Gary L. Johnson*, Civil Action No. 4:96CV36.

The undersigned assures this court that this request is not designed to harass Sanchez, nor to unnecessarily delay this proceeding. This extension of time is necessary for the Director to acquire the missing records and to properly respond to Sanchez's federal petition. The undersigned once again apologizes regarding the inability to properly acquire the necessary records, and is doing everything possible to obtain them and move this case forward. Therefore, the Director respectfully requests an extension of thirty days, up to and including November 29, 2000, to file a response.

### III.

WHEREFORE, PREMISES CONSIDERED, the Respondent respectfully moves this court for an extension of time of thirty days from October 30, 2000, up to and including

November 29, 2000, within which to file a responsive pleading in this federal writ of habeas corpus action.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney-In-Charge

*CAROLYN MERCHAN
Assistant Attorney General
State Bar No. 90001364
Southern ID No. 24118

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

3

## CERTIFICATE OF CONFERENCE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. The Director assumes that Petitioner opposes this motion.

CAROLYN MERCHAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Second Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 30th day of October, 2000, addressed to petitioner:

Steven Gregory Sanchez, #640839
TDCJ-ID
Estelle Unit
264 FM 3478
Huntsville, Texas 77320-3322

CAROLYN MERCHAN
Assistant Attorney General

4

# ATTACHMENT

CVisPDF – www.fastio.com

NUMBER 13-93-350-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

STEVEN GREGORY SANCHEZ,
AKA "STEVE EL LOCO",                                              Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

On appeal from the 107th District Court of Cameron County, Texas.

### Affidavit of Cathy Wilborn

THE STATE OF TEXAS          §
COUNTY OF NUECES            §

BEFORE ME, the undersigned authority on this day personally appeared Cathy Wilborn personally known to me and upon her oath stated as follows:

My name is Cathy Wilborn. I am over the age of 18 years and under no legal disability. I am the Clerk of the Thirteenth Court of Appeals, Corpus Christi, Texas. I have searched the records of this Court and, as of this date, I am unable to locate the record in Cause No. 13-93-350-CR; styled *Steven Gregory Sanchez, Aka "Steve El Loco" v. The State of Texas,* filed in the Court of Appeals for the Thirteenth District, Corpus Christi, Texas. A search for this record is ongoing. The facts stated in this affidavit are personally known by me to be true and correct as a result of my review of the Court records.

_Cathy Wilborn_
Cathy Wilborn

Case 1:00-cv-00117   Document 6   Filed in TXSD on 11/03/2000   Page 7 of 7

SWORN AND SUBSCRIBED TO before me, the undersigned authority on this the 30th day of October, 2000.

*Belinda R. Colomo*

Notary Public in and for
The State of TEXAS

My Commission Expires: 2/15/04
Printed Name: Belinda R. Colomo

BELINDA R. COLOMO
Notary Public
STATE OF TEXAS
My Comm Exp. 02-16-2004

CMPDF - www.fesisa.com