7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 0 6 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk _O. H. Aldape_

| | | |
|---|---|---|
| *STEVEN GREGORY SANCHEZ,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | Civil Action No.   B-00-117 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**O R D E R**

CAME ON this day for consideration Respondent Johnson's Second Motion for Extension of Time with Brief in Support, and the court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or other responsive pleading should be and hereby is extended up to and including November 29, 2000.

SIGNED on this the _6th_ day of _November_ 2000.

_____
JUDGE PRESIDING