United States District Court
Southern District of Texas
FILED

NOV 29 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-00-117 |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent, | § | |

**RESPONDENT JOHNSON'S THIRD MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Institutional Division, Texas Department of Criminal Justice, Respondent herein, hereinafter "the Director," by and through his attorney, the Attorney General of Texas, and files this Respondent Johnson's Third Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court, entered August 1, 2000, the Director was required to file his responsive pleading on or before September 29, 2000. On September 29, 2000, the Director mailed his first motion for extension of time, asking for an additional thirty days, or until October 29, 2000, to file his responsive pleading. On October 5, 2000, this court granted the request thus extending the due date until October 29, 2000. Because October 29, fell on Sunday, Monday, October 30, 2000, was the corresponding due date. On October 30, 2000, the Director filed a second motion for extension of time up to and including November 29, 2000. This court on November 6, 2000, granted the extension, thus extending the due date to November 29, 2000. Both of these extensions have been based on the unavailability of the appellate records, due to the Thirteenth Court of Appeals inability to locate them. As

of today, the undersigned has received the statement of facts from the trial court proceedings from the Cameron County District Attorney's office, however, a copy of Sanchez's petition for discretionary review, ("PDR"), is still unavailable.

## II.

### THIRD MOTION FOR EXTENSION OF TIME

As mentioned above, although the undersigned has the state writ records and the statement of facts, she has not yet received Sanchez's PDR, and therefore, the undersigned is presently unable to determine if he has exhausted his state court remedies pursuant to all of the thirteen allegations he raises in the instant petition. Therefore, the undersigned is unable to determine the appropriate response to the allegations raised in the instant petition for writ of habeas corpus. Therefore, the Director respectfully requests a third extension of twelve additional days up to and including December 11, 2000 to attempt one last time to retrieve Sanchez's PDR and file a response. However, if the PDR is permanently unavailable, then the undersigned will attempt to respond to the allegations without its benefit.

As additional justification for this extension of time, the undersigned had nine responsive pleadings due in the last two weeks, in addition to preparing for and attending an evidentiary hearing in Sherman, Texas on November 14, 2000, in the matter of *Brown v. Gary L. Johnson*, Civil Action No. 4:96CV36. The undersigned apologizes for the additional delay and assures this court that this request for an extension of time is not designed to harass the Petitioner. The Director regrets this complication and assures this court that the undersigned will do everything possible to move this post-conviction attack through the federal courts. Additional time is required and would be greatly appreciated.

### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an extension of twelve days, from November 29, 2000, up to December 11, 2000, within which to file a responsive pleading.

2

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

\*CAROLYN MERCHAN
Assistant Attorney General
State Bar No. 90001364
Southern I.D. No. 24118

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

3

## CERTIFICATE OF CONFERENCE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. The Director assumes that Petitioner opposes this motion.

CAROLYN MERCHAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Third Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 27th day of November, 2000, addressed to:

Steven Gregory Sanchez
TDCJ-ID #640839
Estelle Unit
264 FM 3478
Huntsville, Texas 77320-3322

CAROLYN MERCHAN
Assistant Attorney General

4