IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-00-117 |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent, | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 01 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

CAME ON this day for consideration Respondent Johnson's Third Motion for Extension of Time, and the court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 11th of December, 2000.

SIGNED on this the 1st day of DECEMBER, 2000.

_____
JUDGE PRESIDING