12

June 9, 2001

The Honorable Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

United States District Court
Southern District of Texas
Filed

JUN 1 5 2001

Michael N. Milby, Clerk

    Re: Civil Action No. B-00-117

Dear Sir:

The following is my new address:

    Steven G. Sanchez TDCJ-ID #640839
    Wynne Unit
    Huntsville, Texas 77349

    Please forward all future correspondence to the above new address.

                                Very Truly Yours,

                                Steven G. Sanchez
                                T.D.C.J.I.D. #640839
                                Wynne Unit
                                Huntsville, Texas 77349

cc: file