*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-117 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent | § | |

## ORDER GRANTING RESPONDENT'S MOTION
## FOR SUMMARY JUDGEMENT

Before the Court is Respondent's Motion for Summary Judgment (Brief in Support, Docket No. 10). After due consideration of the pleadings and summary judgment evidence of Petitioner and Respondent, the Court at its own instance considered the issue on its merits. The first twelve allegations are procedurally barred from federal habeas corpus review because they had not been raised on direct appeal. Further, the thirteenth allegation of ineffective assistance of counsel has no merit because Petitioner did not offer any evidence. This Court holds that Respondent's Motion for Summary Judgment should be GRANTED.

It is therefore, ORDERED ADJUDGED and DECREED that Respondent's Motion for Summary Judgment be GRANTED.

IT IS SO ORDERED.

SIGNED this the 25 day of June, 2001.

Filemon B. Vela
United States District Judge