14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby
Clerk of Court

STEVEN GREGORY SANCHEZ          §

V.                              §       CIVIL ACTION NO. B-00-117

GARY L. JOHNSON                 §

MOTION FOR EXTENSION OF TIME TO FILE
MOTION TO ALTER OR AMEND JUDGEMENT
<u>PURSUANT TO RULE 59 (E) FED. R. CIV. P.</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Steven G. Sanchez Petitioner in the above-captioned cause number, and files this his motion for extension of time to file motion to alter or amend judgement pursuant to Rule 59 (e) of the Federal Rules of Civil Procedure; respectfully showing the Court as follows:

I.

Petitioner has just recently been transfered to the TDCJ-ID Wynne unit, from the Estelle unit. The Court's order granting the Respondent's summary judgement motion was recieved by Petitioner on June 29, 2001. Pursuant to Rule 59(e), Fed. R. Civ. Proc., Petitioner has ten (10) days from the date of entry of the judgement on June 26, 2001 to file a motion to alter or amend the judgement in this cause.

II.

Petitioner due to his recent transfer to a new unit, cursory knowledge of the legal proceedings surrounding summary judgement, and the unit law library being closed until July 3, 2001. . . Petitioner can not prepare an adequate or timely motion to alter or amend the judgement in this cause...

- 1 -

III.

Petitioner's rule 59(e) motion is due to be filed on or before July 5, 2001. Petitioner is requesting a time extension of twenty (20) days in which to file his motion to alter or amend the judgement in this cause. Thus, making the motion due to be filed on or before July 20, 2001.

Petitioner has not previously requested a time extension in this case, and Respondent has requested, and been granted three time extensions; prior to filing his summary judgement motion, in this cause. Thus, Petitioner anticipates that the Respondent will not oppose this time extension request.

WHEREFORE PREMISES CONSIDERED, Petitioner prays that this motion will be granted in all things.

RESPECTFULLY SUBMITTED

*Steven Gregory* (signature)

STEVEN GREGORY SANCHEZ
# 640839
TDCJ-ID   Wynne unit
Huntsville, Texas   77349

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioner's motion for extension of time has been served upon the Respondent by placing same in the u. s. mail, first class postage prepaid, on this 1st day of July, 2001 addressed to:

Carolyn Merchan
Assistant attorney general
P. O. Box 12548 Capitol station
Austin, Texas   78711-2548

*Steven Gregory* (signature)

STEVEN GREGORY SANCHEZ

- 2 -