16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2001

Michael N. Milby
Clerk of Court

STEVEN GREGORY SANCHEZ    X

VS.                       X        NO. B-00-117

GARY L. JOHNSON           X

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT STEVEN GREGORY SANCHEZ APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, FROM THE DISMISSAL OF HIS HABEAS CORPUS PETITION ON THE 26TH DAY OF JUNE 2001.

Dated: July 22, 2001

*[signature]*
STEVEN GREGORY SANCHEZ
# 640839
TDCJ-ID WYNNE UNIT
HUNTSVILLE, TEXAS 77349

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF PETITIONER'S NOTICE OF APPEAL HAS BEEN SERVED UPON THE RESPONDENT BY PLACING SAME IN THE U. S. MAIL, FIRST CLASS POSTAGE PREPAID, ADDRESSED TO:

CAROLYN MERCHAN
ASSISTANT ATTORNEY GENERAL
P. O. 12548 CAPITOL STATION
AUSTIN, TEXAS 78711

ON THIS 22ND DAY OF JULY, 2001.

_____
STEVEN GREGORY SANCHEZ