18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 11 2002

Michael N. Milby
Clerk of Court

STEVEN GREGORY SANCHEZ    §

VS.                       §     CA B-00-117
                                NO. 01-40868

JANIE COCKRELL            §

## MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Steven Gregory Sanchez, Petitioner in the above-captioned cause number, and files this his motion to proceed in the forma pauperis. Petitioner was allowed to proceed on his habeas corpus in the forma pauperis, and he respectfully request that he be allowed to proceed on appeal in the forma pauperis.

Petitioner, due to his present incarceration for the past ten (10) years is unable to pay the cost of this appeal, nor is he able to provide security for the appeal. Petitioner in this appeal presents a SUBSTANTIAL Constitutional issues to be decided, as the Respondent has prepatrated an act of "FRAUD" upon this Court in his Summary Judgement motion.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that he will be granted the motion herein, in all things.

RESPECTFULLY SUBMITTED,

Date: February 7, 2002

*Steven G. Sanchez*
STEVEN GREGORY SANCHEZ
# 640839
TDCJ   WYNNE UNIT
HUNTSVILLE, TEXAS   77349