IN THE UNITED STATES DISTRICT COURT
For The Southern District Of Texas
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 11 2002

Michael N. Milby
Clerk of Court

STEVEN GREGORY SANCHEZ § 

VS. § NO. 01-40868

JANIE COCKRELL § 

CAB-00-117

## REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner Steven Gregory Sanchez, respectfully requests that he be granted a "Certificate Of Appealability" [COA] to the United States Court of Appeals for the Fifth Circuit; above-captioned cause number, due to his appeal raising a SUBSTANTIAL Constitutional claims that:

1. Respondent's Summary Judgement Motion was based upon Fraud upon this Court, in violation of Rule 11 of the Federal Rules of Civil Procedure, and the 14th Amendment to the u. s. constitution.

2. State's Procedural Bar Denial of Petitioner's Constitutional claims, violated 28 U.S.C. §§ 2254 (d)(1) & (2); Miscarriage of Justice, due to the denial constituting an act of FRAUD upon the Texas Court of Criminal Appeals, and Fraud upon this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this request will be granted in all things.

dated: February 7, 2002

RESPECTFULLY SUBMITTED,

STEVEN GREGORY SANCHEZ
# 640839
TDCJ WYNNE UNIT
HUNTSVILLE, TEXAS 77349

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioner's request for certificate of appealability, and motion to proceed in forma pauperis has been served upon the Respondent, by placing same in the u. s. mail; first class postage prepaid, on this 8th day of February, 2002 adressed to:

    CAROLYN MERCHAN
    Assistant attorney general
    P. O. Box 12548
Austin, Texas    78711

*Steven G. Sanchez*
STEVEN GREGORY SANCHEZ