

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

*United States District Court*
*Southern District of Texas*
**ENTERED**
**MAR 15 2002**
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-117 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |

## ORDER

Petitioner, Steven Gregory Sanchez, has filed a Motion to Proceed in Forma Pauperis (Docket No. 18). Petitioner will be allowed to proceed in Forma Pauperis.

DONE at Brownsville, Texas, this 13th day of March, 2002.

John Wm. Black
United States Magistrate Judge