IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| STEVEN GREGORY SANCHEZ, <br> Petitioner, | § § § | |
| VS. | § § | |
| GARY JOHNSON, DIRECTOR, <br> TEXAS DEPARTMENT OF <br> CRIMINAL JUSTICE, <br> INSTITUTIONAL DIVISION, <br> Respondent. | § § § § § § § | CIVIL ACTION NO. B-00-117 |

**ORDER**

Petitioner Steven Gregory Sanchez ("Sanchez") has filed a petition requesting a certificate of appealability ("COA") (Docket No. 19).

A court may issue a certificate of appealability ("COA") only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253. A "substantial showing" requires the applicant to demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues (in a different manner); or that the questions are adequate to deserve encouragement to proceed further. *Davis v. Johnson*, 158 F.3d 806, 809 (5th Cir. 1998), *cert. denied*, 526 U.S. 1074, 119 S.Ct. 1474, 143 L.Ed.2d 558 (1999).

Sanchez's claims lack constitutional merit, and he has failed to make a substantial showing that he has been denied any of his constitutional rights.

IT IS **ORDERED** that Steven Gregory Sanchez's petition for certificate of appealability be **DENIED**.

DONE in Brownsville, Texas, on this 13TH day of MARCH, 2002.

_____
Filemon B. Vela
United States District Judge